UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

_Richard Portale_
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
                   ) ss:
COUNTY OF          )

_Frank LoTempio, III_, being duly sworn deposes and says:

1. I reside at:
   ! Four seasons Circle Amherst New York 14226

and maintain an office for the practice of law at: _181 Franklin Street Buffalo, NY 14202_

2. I am an attorney at law, admitted to practice in the _Western District of New York_ _____, I was admitted to practice in the United States District Court for the Western District of New York on the _21_ day of _April_, _1998_

3. I have known the petitioner since _1977_ and under the following circumstances:

   _Family Friend_

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

   _Richard is a very old and dear family friend_

Signature of Sponsoring Attorney

Sworn to before me this 30th day of April, 2016

_____
Notary Public

LUANN M. GOETTEL
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires 09/18/20